**STATE of Missouri, Respondent,**

v.

**Harold R. LAMASTER, Defendant.**

**No. WD 33842.**

Missouri Court of Appeals, Western District.

Feb. 8, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for defendant.

John Ashcroft, Atty. Gen., Rosalynn Van Heest, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and sentence of five years, plus a $2,500.00 fine. Applicable statutes are §§ 570.030, 558.011.1(3) and 560.011, RSMo 1978.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed.

All concur.

Rule 30.25(b).